May 16, 2005

The Honorable Gregory M. Sleet
United States Bankruptcy Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Wilmington, DE 19801

    **RE:**    **Kaltenbacher v. Dodson et al and Dobson v. Kaltenbacher, Case No. 04-CV-812**

Dear Judge Sleet:

    I am writing to inform you that the parties have settled the above captioned matter.

    If you require any additional information, please feel free to contact my office at 426-1313.

                                                         Sincerely,
                                                        */s/ Michael P. Morton, Esquire*
                                                        Michael P. Morton, P.A.
                                                        Michael P. Morton, Esquire (#2492)
                                                        1203 North Orange Street
                                                        Wilmington, DE 19801
                                                        (302) 426-1313
                                                        Attorney for Plaintiff, Counter-Defendant