## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

June 20, 2005

TO:        Counsel

RE:        Kaltenbacher v. Dodson, et al.
                Civil Action No. 04-812

Dear Counsel:

      In a letter dated May 16, 2005, counsel advised the court that the above-referenced case had been settled.

      Please submit a status report, or a stipulation of dismissal via electronic case filing, by July 5, 2005.

      Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager