IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP D. KALTENBACHER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT L. DODSON, JR., et al. )<br>)<br>Defendants. ) | Civil Action No. 04-812 GMS |

**ORDER**

WHEREAS, on June 30, 2004, the above-captioned case was transferred to this court from the United States District Court for the District of New Jersey;

WHEREAS, on July 7, 2004, the case was assigned to the undersigned;

WHEREAS, on May 16, 2005, counsel for the Plaintiff, Michael P. Morton, Esq., advised the court that the case had settled;

WHEREAS, on June 20, 2005, counsel were directed to submit a status report, or a stipulation of dismissal, by July 5, 2005;

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed without prejudice; and

2. If the plaintiff fails to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

Dated: July 13, 2005

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE