# LOWENSTEIN SANDLER PC
*Attorneys at Law*

CHRISTOPHER S. PORRINO
Member of the Firm

Tel 973.597.6314  Fax 973.597.6315
cporrino@lowenstein.com

August 11, 2005

**VIA FEDEX**

Honorable Gregory M. Sleet, U.S.D.J.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lockbox No. 19
Wilmington, DE  19801



Re:  **Kaltenbacher v. Dodson**, C.A. No. 04-812 GMS
     Settlement and Release

Dear Judge Sleet:

    I represent Plaintiff Philip D. Kaltenbacher in the above-captioned matter. By Order dated July 13, 2005, this Court ordered Mr. Kaltenbacher to show good cause, in writing, within thirty days from the date of the Order, as to why the above-captioned matter should not be dismissed without prejudice.

    The parties have agreed to settle the case and enter into appropriate releases. My client, Mr. Kaltenbacher, has signed the release and we forwarded it on to David R. Goldberg, Defendant Robert Dodson's counsel, yesterday, for Mr. Dodson's signature. We expect to receive the signed release from Mr. Dodson within the next few days. As a result, the above-captioned matter may be dismissed. Thank you for your attention to this matter.

Respectfully submitted,

Christopher S. Porrino



Honorable Gregory M. Sleet  
Page 2

August 11, 2005

cc:    David R. Goldberg, Esq.  
        Michael Morton, Esq.

